FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Deputy Attorney General of the United States
Annika Tangvald
Special Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR S. DICKERSON<br><br>Defendant. | 2:26-CR-33-MKD<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(C),<br>Distribution of Cocaine<br>(Count 1)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Ammunition<br><br>21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about February 13, 2024, in the Eastern District of Washington, the Defendant, JAMAR S. DICKERSON, knowingly distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

INDICTMENT – 1

COUNT 2

On or about June 26, 2025, in the Eastern District of Washington, the Defendant, JAMAR S. DICKERSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit: 9mm cartridges, which had been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

SERIOUS DRUG FELONY

Before JAMAR S. DICKERSON committed the offense charged in Count 1, JAMAR S. DICKERSON had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Distribution of 5 Kilograms or More of a Cocaine, in violation of 21 U.S.C § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case No. 2:06-CR-00035-JLQ-1, for which he served a term of imprisonment exceeding 12 months and was released from imprisonment within 15 years of the commencement of the instant offense(s).

//

//

//

//

//

//

INDICTMENT – 2

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as set forth in Count 1 of this Indictment, the Defendant, JAMAR S. DICKERSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 2 of this Indictment, the Defendant, JAMAR S. DICKERSON, shall forfeit to the United

INDICTMENT – 3

States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this ___18___ day of March 2026.

A TRUE BILL

Todd Blanche
Deputy Attorney General

Alison L. Gregoire
Criminal Chief

Annika Tangvald
Special Assistant United States Attorney

INDICTMENT – 4